UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
CITY OF ROSEVILLE EMPLOYEES'       :
RETIREMENT SYSTEM, et al.,         :
                                   :
                  Plaintiffs,      :
                                   :   Civil Action No. 1:09-cv-08633-JGK
        vs.                        :
                                   :
ENERGY*SOLUTIONS* INC., R. STEVE   :
CREAMER, PHILIP O. STRAWBRIDGE, JEAN I. :
EVEREST, II, MARK C. MCBRIDE, ALAN E.   :
GOLDBERG, JORDAN W. CLEMENTS, LANCE :
L. HIRT, ROBERT D. LINDSAY, E. GAIL DE  :
PLANQUE, ROBERT J.S. RORISTON, ANDREW :
S. WEINBERG, DAVID B. WINDER, CREDIT   :
SUISSE SECURITIES (USA) LLC, J.P. MORGAN :
SECURITIES INC., MORGAN STANLEY & CO.  :
INC. and ENV HOLDINGS, LLC,        :
                                   :
                  Defendants.      :
                                   :
                                   :
------------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS THE
CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the Declaration of Jonathan K. Youngwood, dated June 18, 2010, and the exhibits attached thereto, defendants Energy*Solutions*, Inc. ("Energy*Solutions*"), ENV Holdings, LLC ("ENV"), R. Steve Creamer, Philip O. Strawbridge, Jean I. Everest, II, Mark C. McBride, Alan E. Goldberg, Jordan W. Clements, Lance L. Hirt, Robert D. Lindsay, E. Gail De Planque, Robert J.S. Roriston, Andrew S. Weinberg, David B. Winder (collectively, the "Individual Defendants"), Credit Suisse Securities (USA) LLC, J.P. Morgan Securities Inc. and Morgan Stanley & Co. Inc. (collectively, the "Underwriter Defendants"), by and through their

undersigned attorneys, will move this Court, before the Honorable John G. Koeltl, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an order, under Fed. R. Civ. P. 9(b) and 12(b)(6), dismissing the Consolidated Amended Complaint with prejudice.

Dated: New York, New York
          June 18, 2010

                      Respectfully submitted,

                      SIMPSON THACHER & BARTLETT LLP

                      By  /s/ Bruce D. Angiolillo
                      Bruce D. Angiolillo
                      bangiolillo@stblaw.com
                      Jonathan K. Youngwood
                      jyoungwood@stblaw.com
                      Paul J. Sirkis
                      psirkis@stblaw.com
                      425 Lexington Avenue
                      New York, New York 10017-3954
                      Telephone: (212) 455-2000
                      Facsimile: (212) 455-2502

                      PARR BROWN GEE & LOVELESS

                      By  /s/ Robert S. Clark
                      Robert S. Clark (*Pro Hac Vice*)
                      rclark@parrbrown.com
                      185 South State Street, Suite 800
                      Salt Lake City, Utah  84111
                      Telephone: (801) 532-7840
                      Facsimile: (801) 532-7750

                      *Attorneys for EnergySolutions, ENV, and Individual Defendants*

SHEARMAN & STERLING LLP

By  /s/ Adam S. Hakki
Adam S. Hakki
ahakki@shearman.com
Daniel Lewis
daniel.lewis@shearman.com
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Underwriter Defendants*