UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CITY OF ROSEVILLE EMPLOYEES' : Civil Action No. 1:09-cv-08633-JGK
RETIREMENT SYSTEM, on Behalf of Itself : **(Consolidated)**
and All Others Similarly Situated, :
: CLASS ACTION
                       Plaintiff, :
: NOTICE OF MOTION AND LEAD
vs. : PLAINTIFFS' UNOPPOSED MOTION FOR
: PRELIMINARY APPROVAL OF
ENERGY*SOLUTIONS*, INC., et al., : SETTLEMENT
:
                       Defendants. :
:
---------------------------------------------------------------- x

789799_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs hereby move for entry of an order preliminarily approving the Settlement Agreement dated November 19, 2012 (the "Stipulation"); approving the form and manner of notice to the Class; and scheduling a final settlement hearing date.

This motion is based upon this Motion, the accompanying Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: November 19, 2012

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN
WILLIAM J. GEDDISH

s/ Evan J. Kaufman
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com
wgeddish@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 1 -

789799_1

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2012.

s/ Evan J. Kaufman
EVAN J. KAUFMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: ekaufman@rgrdlaw.com

789799_1

# Mailing Information for a Case 1:09-cv-08633-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce Domenick Angiolillo**
  bangiolillo@stblaw.com,managingclerk@stblaw.com

- **Evan I. Cohen**
  ecohen@stblaw.com

- **William John Geddish**
  wgeddish@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com

- **Evan Jay Kaufman**
  ekaufman@rgrdlaw.com

- **Andrea Yoon Lee**
  alee@rgrdlaw.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com

- **Mark Samuel Reich**
  mreich@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard Franklin Schwed**
  rschwed@shearman.com

- **Paul Jacob Sirkis**
  psirkis@stblaw.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into

your word processing program in order to create notices or labels for these recipients.

Robert S. Clark
Parr Brown Gee & Loveless
185 South State Street
Suite 800
Salt Lake City, UT 84111