UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ENERGY*SOLUTIONS*, INC., et al.,<br><br>　　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:09-cv-08633-JGK<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS, AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFFS' EXPENSES |

805813_1

PLEASE TAKE NOTICE that Lead Plaintiffs hereby move the Court for entry of orders and/or judgments (1) finally approving the settlement of the captioned litigation, (2) approving the Plan of Distribution of settlement proceeds, (3) awarding Lead Counsel attorneys' fees of 27% of the Settlement Fund, plus expenses incurred in the litigation, and (4) awarding Lead Plaintiffs' expenses. This Motion is based upon the Revised Settlement Agreement dated as of November 19, 2012 and the Exhibits annexed thereto, the Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds, the Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and Lead Plaintiffs' Expenses, the declarations filed in support thereof, and all other proceedings herein.  Accordingly, Lead Plaintiffs, by and through Lead Counsel, will request this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on March 15, 2013, at 2:30 p.m., to enter final judgment and orders finally approving the settlement, approving the Plan of Distribution, awarding Lead Counsel the requested attorneys' fees and expenses and Lead Plaintiffs' expenses.

DATED:  January 18, 2013             Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN
WILLIAM J. GEDDISH

s/ Evan J. Kaufman
EVAN J. KAUFMAN

- 1 -

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ekaufman@rgrdlaw.com
wgeddish@rgrdlaw.com

Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 18, 2013.

    s/ Evan J. Kaufman
    EVAN J. KAUFMAN

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail: ekaufman@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-08633-JGK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce Domenick Angiolillo**
  bangiolillo@stblaw.com,managingclerk@stblaw.com

- **Evan I. Cohen**
  ecohen@stblaw.com

- **William John Geddish**
  wgeddish@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com

- **Evan Jay Kaufman**
  ekaufman@rgrdlaw.com

- **Andrea Yoon Lee**
  alee@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Cody R. Lejeune**
  clejeune@rgrdlaw.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com

- **Mark Samuel Reich**
  mreich@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard Franklin Schwed**
  rschwed@shearman.com

- **Paul Jacob Sirkis**
  psirkis@stblaw.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert S. Clark**
Parr Brown Gee & Loveless
185 South State Street
Suite 800
Salt Lake City, UT 84111