UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x
CITY OF ROSEVILLE EMPLOYEES' : Civil Action No. 1:09-cv-08633-JGK
RETIREMENT SYSTEM, on Behalf of Itself : **(Consolidated)**
and All Others Similarly Situated, :
 :
                          Plaintiff, : CLASS ACTION
 :
 : [PROPOSED] ORDER APPROVING PLAN
    vs. : OF DISTRIBUTION OF SETTLEMENT
 : PROCEEDS
ENERGY*SOLUTIONS*, INC., et al., :
 :
                          Defendants. :
 :
―――――――――――――――――――――――――― x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/14/13

This matter having come before the Court on March 15, 2013, on Lead Plaintiffs' motion for approval of the Plan of Distribution of the settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Revised Settlement Agreement dated as of November 19, 2012 (the "Stipulation"), and filed with the Court.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Distribution.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity. This Court finds and concludes that the Plan of Distribution, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Distribution.

- 2 -

4. The Court finds and concludes that the minimum distribution threshold of $10.00 as provided for in the Plan of Distribution is fair and reasonable and warranted to minimize expense and administrative costs to the Class.

IT IS SO ORDERED.

DATED: 3/14/13

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2013, I submitted the foregoing to orders and judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2013.

                                        s/ Evan J. Kaufman
                                        EVAN J. KAUFMAN

                                        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        Telephone: 631/367-7100
                                        631/367-1173 (fax)

                                        E-mail: ekaufman@rgrdlaw.com